BEFORE THE SECOND DIVISION, JULY 15, 1953

**No. 57426.**—Associated Lace Corp. *v.* United States, protest 183464–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of nets or nettings made on a bobbinet machine, wholly or in chief value of nylon, which nylon is similar in all material respects to that the classification of which was involved in *Holeproof Hosiery Co.* v. *United States* (27 Cust. Ct. 176, C. D. 1366), the claim of the plaintiff was sustained